THE STATE OF SOUTH CAROLINA ) Court OF Common Pleas

County OF McCormick )

Kenneth Rivera, #318979 ) Case No.

     Plaintiff, ) SUMMONS

   v. )

South Carolina Department OF )

Corrections, )

     Defendants. )

_____

RICHLAND COUNTY
FILED
2018 JUL 23 AM 10:40
JEANNETTE W. MCGRUDER
C.C.P. & G.S.

TO: Above Named Defendants

You are hereby Summoned and required to serve upon the Plaintiff, whose address is 4460 Broad River Road, Columbia South Carolina 29210. An answer to the Verified Complaint which is here served upon you, within (30) thirty days after service of this Summons upon you. Exclusive of the day of service if you fail to do so, Judgment by Default will be taken against you for relief Demanded in this complaint.

July 16, 2018

        Kenneth Rivera
        Kenneth Rivera #318979
        MD #187
        4460 Broad River Road
        Columbia, SC 29210

5.

THE STATE OF SOUTH CAROLINA ) Court Of Common Pleas

County OF McCormick ) Case No.

Kenneth Rivera, #318979 )

         Plaintiff ) VERIFIED COMPLAINT

     V. )

South Carolina Department of )

Corrections, )

       Defendants. )

2018 JUL 23 AM 10:53
JEANNETTE W. MCBRIDE
C.C.P. & G.S.
RICHLAND COUNTY
FILED

Comes now the above named Plaintiff who brings this Verified Complaint against the above named Defendant(s) in this case and would show and prove unto the Court the following:

# I. PARTIES AND JURISDICTION

1. The Plaintiff Kenneth Rivera is a State Prisoner Via 42 U.S.C. § 12102 who is incarcerated within the State Dept. OF Corrections and is housed at Broad River Correctional Institution Located in Columbia, SC 29210.

2. The Defendant(s) is a government entity.

3. This Court has Jurisdiction over the matter in accordance with the S.C. Code OF Law §§ 15-78-10 Et. SEQ. (2005 & Supplemental 2007), §§ 15-78-60 (25) and §§ 15-78-70 (b).

# II. STATEMENT OF FACTS

1.

4. On October 3, 2015 I submitted a Request to Staff member ("RTSM") to the business office Ms. Scarbrough, who is not a defendant in this action. I requested for a printout of my financial record.

5. On October 15, 2015 Plaintiff submitted another RTSM to Ms. Scarbrough without an adequate response.

6. On December 3, 2015 once transferred to McCormick Correctional Institution I submitted a RTSM to the Institutional Classification Committee ("ICC") requesting for canteen privileges in which I have. February 11, 2016 my canteen privileges was restored.

7. Plaintiff owe the state over $10,000 for the following reasons:
   A. Court cost
   B. Court filing fees
   C. Medical co-payment
   D. Restitution

8. Per SCDC Policy 15.01 defendants are allowed to deduct a percentage of a prisoner account if owed money. This precentage is 20% for each restitution, defendants only leave Plaintiff with $6.43 on his account everytime he receives money.

9. On June 13, 2017 and September 14, 2017 Plaintiff filed grievances challenging the violation.

## III. EXHAUSTION OF LEGAL REMEDIES

10. Plaintiff Kenneth Rivera used the Prison grievance procedure available at McCormick C.I. to try and solve the problem. On June 13, 2017 Plaintiff filed a grievance and that grievance was denied on July 3, 2017.

## IV. LEGAL CLAIMS

11. Plaintiff realleges and incorporate by reference Paragraphs 1-10.

12. The defendants Bryan Stirling, Micheal Stephan, Deborah Long, and Eve Link violated Plaintiff Kenneth Rivera rights and constitution by violating his Due Process rights of the Fourteenth Amendment to the United States Constitution.

## V. PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully Prays that this court enter Judgment granting Plaintiff:

13. A declaration that the acts and Omissions described herein violated Plaintiffs rights under the constitution and laws of the United States.

14. A Preliminary and Permanent injunction ordering defendants to create a 50% - 50% of deduction of his account.

15. Compensatory damages in the amount of $20,000 against each defendant, Jointly and severally.

16. Punitive damages in the amount of $20,000 against each defendant.

17. A Jury trial on all issues triable by Jury.

18. Plaintiff cost in this suit.

19. Any additional relief this court deems Just, Proper, and equitable.

July 16, 2018

Kenneth Rivera
Kenneth Rivera #318979
MO #187
4460 Broad River Road
Columbia, SC 29210

4.

# CERTIFICATE OF SERVICE

I certify that on the date of July 16, 2018 a copy of Plaintiff Verified Complaint, summons was Placed in the U.S. Postal Mailbox. I seek a certified receipt back Validating Proof of service.

Kenneth Rivera
Kenneth Rivera #318979
MD #187
4460 Broad River Rd
Columbia, SC 29210

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
### INMATE GRIEVANCE FORM
#### STEP 1

INMATE NAME: Kenneth Rivera

SCDC NUMBER: 318979

INSTITUTION: McCormick

HOUSING UNIT: F3 A 162    'JUN 1 1 2017McC

WORK ASSIGNMENT: Kitchen

Grievance No. MCCI 0204-17

Code:  General
       Policy ✓   ADm-15.01
       Disc. Hear. _____
       Class. _____
       PREA _____

Date Received  6-15-17

IGC Initials  KHH

STATE GRIEVANCE (include documentation, and date of incident; if SCDC Policy, indicate which policy)

I, Kenneth Rivera #318979 is the grievant of this grievance.
On June 13, 2017 I did to resubmit this grievance. Per the
SC Code of Law § 24-27-100, only 10% of each restitution
an inmate owes SCDC should only be deducted from the
money he recievs. Per SCDC Policy ADM-15.01, repayment of
costs § 7.1 and 7.3 #6.43 is to be left on an inmate account.
That is violation of SC Code of Law 24-27-110, when it states
10% only is to be deducted. SCDC adopted Policy ADM-15.01
from this title and section but yet don't abide by it. My
family have to send $7.00 weekly out of fear that if they
send more all would be taken. SCDC is in violation of
their own procedure.

              Note: this is a refile of Grievance No
                   MCCI 0198-17

ACTION REQUESTED: I request that SCDC follow Title 24 § 24-27-100
and/or start a 50/50 restitution fee.

SPECIFY HOW AND WHEN INFORMAL RESOLUTION WAS ATTEMPTED BY GRIEVANT:

See 17-573344

                              Kenneth Riu        6-13-17
                              Grievant Signature          Date

(CONTINUE ON REVERSE SIDE)

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM
### STEP 2

INMATE NAME: Kenneth Rivera

SCDC NUMBER: 318979

INSTITUTION: McCormick ✓

HOUSING UNIT: F3 A 162

WORK ASSIGNMENT: Kitchen

RECEIVED

JUL 11 2017

INMATE GRIEVANCE

**Office Use Only**

Grievance No. _____

Code: General _____

Policy ADM-15.01

Disc. Hear. _____

Class. _____

Date Received 7-6-17

IGC Initials KHH

**INMATE'S REASON FOR APPEAL** (state specific dissatisfaction):

My Grievance is about "why SCDC deduct everything with the exception of $6.43?" Ok I one for debiting my account for legal supplies, Medical co-Payment and also court cost. When the statue states 10% for medical and each additional restitution. I suggest SCDC start a 50-50 in regards to restitution.

Kenneth Rivera 7/3/17

Grievant Signature                    Date

---

**RESPONSIBLE OFFICIAL'S DECISION AND REASON:**

I have reviewed your grievance. In your grievance you state that per the SC Code of Law 24-27-100, only 10% of each restitution an inmate owes SCDC should only be deducted from the money he/she receives. You state per SCDC Policy ADM-15.01, Repayment of Costs, 7.1 and 7.3, the amount of $6.43 is to be left on an inmate's EH Cooper Account. You allege that is in violation of SC Code of Law 24-27-100, when it indicates that only 10% is to be deducted. The indigent level of $6.43 was established in order for inmates to purchase basic necessities from the canteen for themselves to maintain their hygiene when they owe restitution in order to comply with Agency Policy OP-22.13, "Inmate Grooming Standards." The indigent level of $6.43 has been determined to be sufficient for this purpose and will not be changed at this time. The Warden responded to your concerns appropriately on your SCDC 10-5, Step 1 Inmate Grievance Form.

Therefore, your grievance is denied.

You may appeal this decision under the Administrative Procedures Act to the Administrative Law Court. In order to appeal, you must fill out the attached Notice of Appeal Form and submit it as instructed on the form within 30 days of receipt.

Signature                    Date 9/5/17

---

The decision rendered by the responsible official exhausts the appeal process of the Inmate Grievance Procedure. I hereby acknowledge receipt of the official's response and understand this is the Agency's final response to this matter.

Kenneth Rivera 9/14/17

Grievant Signature          Date

L. Holmes 9-14-17

IGC Signature          Date

**(SEE REVERSE SIDE FOR INSTRUCTIONS)**

SCDC 10-5A (November 1997)

THE STATE OF SOUTH CAROLINA ) Court of Common Pleas

County of McCormick )

Kenneth Rivera, #318979 ) Case No.

          Plaintiff, ) Affidavit For Supporting

     v. ) Exhibit Evidence

South Carolina Department of )

Corrections, )

       Defendants. )

RICHLAND COUNTY
FILED
2018 JUL 23 AM 10: 40
JEANNETTE W. MCBRIDE
C.C.P. & G.S.

I, Kenneth Rivera hereby duly swear by oath that the attached documents are authenic substantial. Judicial documents "Exhibits A - V" of the facts in this case. I do swear under the Penalty of Perjury that the above facts & attach documents are true and sworn to and by Me this day of July 16, 2018.

                     Kenneth Rivera
                     Kenneth Rivera #318979
                     MO #187
                     4460 Broad River Road
                     Columbia, SC 29210

*A*

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
### REQUEST TO STAFF MEMBER

| TO: NAME: | TITLE: | DATE: |
|---|---|---|
| Ms. Scarbrough | Business Office | 10/3/15 |

| INMATE'S NAME: | SCDC #: |
|---|---|
| Kenneth Rivera | 318974. |

| INSTITUTION: | LIVING QUARTERS: RHU A# 203 |
|---|---|
| Lieber | RHU A# 203 |

Peace Queen,

I am writing You this correspondence requesting for a Print-out of MY financial statement. How much money I owe the State since December 2006 until Now? Is that Possible for You to send me a copy of MY financial record? If not can You guide me to the right Personnel? I do look forward to receiving a response from You, Peace Queen!

OCT 0 5 2015

FWD TO COLUMBIA
10/5/15
-W. Scarbrough

**DISPOSITION BY STAFF MEMBER:**

| DATE: | SIGNATURE: |
|---|---|
| | |

ß

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
## REQUEST TO STAFF MEMBER

| TO:  NAME: | TITLE: | DATE: |
|---|---|---|
| Ms. Scarbrough | Business office | 10/15/15 |
| INMATE'S NAME: | | SCDC #: |
| Kenneth Rivera | | 318979. |
| INSTITUTION: | | LIVING QUARTERS: |
| Lieber | | RHU A # 208 |

Peace Queen,

    I am writing You this correspondence regarding MY Financial Record. I do understand that you've forward MY request to Columbia, However, did You receive a response? If it's possible Will you enlighten me on this Situation? I wish you the pleasure of the day. And I Look Forward to hearing From You. Peace

RECEIVED

OCT 1 5 2015

BUSINESS OFFICE

**DISPOSITION BY STAFF MEMBER:**

SIR, I FORWARDED YOUR RTSM TO COLUMBIA BECAUSE BUSINESS OFFICE IS NOT ALLOWED TO PROVIDE PRINTOUTS AND ANYONE ASKING FOR A PRINTOUT MORE THAN PREVIOUS MONTH HAS TO GO TO COLUMBIA. YOU ASKED FOR COPY OF HOW MUCH YOU OWE (RESTITUTION) SINCE 2006. THE ONLY THING I CAN GIVE YOU IS A TOTAL OF HOW MUCH YOU CURRENTLY OWE. COLUMBIA HAS 45 DAYS TO RESPOND. THE RESPONSE WILL BE SENT BACK TO YOU, WOULD NOT COME BACK TO ME.

| DATE: | SIGNATURE: |
|---|---|
| 10/15/15 | W. Scarbrough |

**OMS**  **Offender Management System**

# Inmate Request

**Today's Date:** 2/23/16 10:56

| | |
|---|---|
| **Name:** | **RIVERA, KENNETH  DARRELL** |
| **Booking #:** | **SCB0030306** |
| **Permanent #:** | **SCP0030306** |

| | |
|---|---|
| **Reference #:** | 15-919884 |
| **Date Requested:** | 12/03/15  09:30 |
| **Request Type:** | Classification |
| **Requested By:** | Kiosk |

| **Request Details:** | PEACE I AM WRITING YOU REQUESTING TO SEE DO I HAVE MY CANTEEN,TELEPHONE, AND VISITATION PRIVILEGES. I LOOK FORWARD TO A RESPONSE FROM YOU THANKS. |
|---|---|

| | |
|---|---|
| **Disposition:** | Complete |
| **Officer:** | |
| **Disposition Date:** | 02/11/16  14:40 |

### Request Responses

| Date | Author | Note |
|---|---|---|
| 02/11/16  14:40 | c019916 | <P>The only privilege not reinstated is television.</P> |


# Inmate Request

**day's Date:** 6/20/16 11:25

| | |
|---|---|
| ame: | **RIVERA, KENNETH DARRELL** |
| ooking #: | **SCB0030306** |
| ermanent #: | **SCP0030306** |

| | |
|---|---|
| Reference #: | 16-150142 |
| Date Requested: | 05/25/16 10:13 |
| Request Type: | EHSO |
| Requested By: | Kiosk |
| Request Details: | PEACE IN RESPONSE TO YOUR CORRESPONDENCE WHY ARE WE ALLOWED A 50.00 PACKAGE SPENDING LIMIT... I AM A MI-3 AND HAVE ALL MY PRIVILEGES SO WHY AM I SUBJECT TO ONLY 50.00 WHEN LAST PACKAGE I ORDERED THE MAX... I LOOK FORWARD TO THIS CORRESPONDENCE THANK... |
| Disposition: | Complete |
| Officer: | |
| Disposition Date: | 06/03/16 14:22 |

### Request Responses

| Date | Author | Note |
|---|---|---|
| 06/03/16 14:32 | c010027 | PLEASE ADDRESS YOUR ISSUES WITH THE APPROPRIATE PERSONNEL<BR><BR>ASSOC. WARDEN MURSIER, I'M SURE WOULD BE GLAD TO ANSWER ANY<BR>ADDITIONAL QUESTONS<BR><BR>LT. MELBA BUTLER |

**OMS**   Offender Management System

# Inmate Request

**Today's Date:** 6/20/16 11:23

| | |
|---|---|
| **Name:** | RIVERA, KENNETH DARRELL |
| **Booking #:** | SCB0030306 |
| **Permanent #:** | SCP0030306 |

*E*

| | |
|---|---|
| **Reference #:** | 16-172036 |
| **Date Requested:** | 06/11/16  09:56 |
| **Request Type:** | Inmate Financial |
| **Requested By:** | Kiosk |
| **Request Details:** | peace i am writing regarding my account status. i owe the state money but why must all m money be taken with the exception of 6.43. |
| **Disposition:** | Complete |
| **Officer:** | |
| **Disposition Date:** | 06/13/16  07:39 |

### Request Responses

| Date | Author | Note |
|---|---|---|
| 06/13/16  07:40 | c044397 | you owe 10685.42 restitution.  any funds received will be used to pay your restitution, down to 6.43 |

# SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

F

## RESPONSE TO INMATE CORRESPONDENCE

TO:              Kenneth Rivera

SCDC #:          318979

INSTITUTION:     McCormick Correctional Institution

FROM:            Katherine Klein

DATE:            June 13, 2016

RE:              Correspondence


This is in response to your correspondence regarding the Inmate Package Program. The new eligibility guidelines for inmates living in "Step Down Units" were established by the SCDC Executive Staff and is not a restriction from Access Securepak.

S/


cc:    Leroy Cartledge, Warden
       Inmate Records
       File

# OMS  Offender Management System

## Inmate Request

**Today's Date:** 8/8/16 14:49

G

| | |
|---|---|
| **Name:** | **RIVERA, KENNETH DARRELL** |
| **Booking #:** | **SCB0030306** |
| **Permanent #:** | **SCP0030306** |

| | |
|---|---|
| **Reference #:** | 16-226823 |
| **Date Requested:** | 07/24/16 18:23 |
| **Request Type:** | EHSO |
| **Requested By:** | Kiosk |

| **Request Details:** | peace i am writing regarding the access securepak. why is f5 still on the 50 dollar spending limit. |
|---|---|

| | |
|---|---|
| **Disposition:** | Complete |
| **Officer:** | |
| **Disposition Date:** | 08/01/16 09:42 |

### Request Responses

| Date | Author | Note |
|---|---|---|
| 08/01/16 09:48 | c010027 | your spending limit is the same as if you were on the yard, that has been changed. It was approved as of June 14, 2016. per Mr. McCall  |

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

## INMATE GRIEVANCE FORM

### STEP 1

H

INMATE NAME: Kenneth Rivera

SCDC NUMBER: 318979

INSTITUTION: McCormick

HOUSING UNIT: F5-A121                    AUG 0 8 2016 MC

WORK ASSIGNMENT: Kitchen Worker

Grievance No. MCCI0338-16
Code:   General  IPI#5
Policy _____
Disc. Hear. _____
Class. _____
PREA _____
Date Received  8-9-16
IGC Initials  LHH

STATE GRIEVANCE (include documentation, and date of incident; if SCDC Policy, indicate which policy)

I, Kenneth Rivera #318979 is the grievant of this grievance. On the date of August 2, 2016 I did submit this complaint. Per Mr. McCall on June 14, 2016 F5 Unit was allowed to order the $200 limit from Access SecurePak. However, my family is not allowed to go over $50.00, I am not on any restrictions and I am a MI-3. So why am I limited to order $50.00 from Access SecurePak?

ACTION REQUESTED:

To lift the $50.00 limit on my spending from Access SecurePak

SPECIFY HOW AND WHEN INFORMAL RESOLUTION WAS ATTEMPTED BY GRIEVANT:

16-226823

Kenneth Rivera            8-2-16

Grievant Signature            Date

(CONTINUE ON REVERSE SIDE)

SCDC 10-5 (Rev. May 2013)

**WARDEN'S DECISION AND REASON:**

Your grievance has been reviewed. The $50 limit for inmates in the Step Down Program at MCCI was originally removed however, Mr. McCall, Deputy Director of Operations, has since disapproved the removal of the $50 limit. The $50 limit for ordering packages from Access SecurePak will remain the same for all institutions with the Step Down Program. Your grievance is denied.

_8-8-16_

Warden Signature                                                                    Date

☐   I accept the Warden's decision and consider the matter closed.

☑   I do not accept the Warden's decision and wish to appeal.

_Kenitta R__   _9/12/16_                        _L. Holmes   9-12-16_

Grievant Signature              Date              IGC Signature              Date

---

## INSTRUCTIONS FOR COMPLETING STEP 1 GRIEVANCE FORM

1.  An informal resolution shall be attempted prior to the filing of Step 1 by sending an Inmate Request to Staff Member (RTSM) form to the appropriate supervisor.  A copy of the answered RTSM must be attached to the grievance when the grievance is filed.
2.  Complete each section in its entirety writing only in the space provided for inmate use.  No additional pages will be permitted.
3.  Only one (1) issue is to be addressed on each form.
4.  Submit the completed form by placing in the Grievance Box within five (5) days of the date on the RTSM response; policy grievances can be filed at any time.  Disciplinary and Classification Review appeals must be submitted within five (5) days of the hearing/review.  Do not write in the space provided for the Warden's response.
5.  If you are not satisfied with the Warden's decision, you may appeal to the appropriate responsible official within five (5) days of your receipt of the Warden's decision, via placement in the Grievance Box.

DUE 9-17-16
SEP 14 2016

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM
### STEP 2

I

INMATE NAME: Kenneth Rivera

SCDC NUMBER: 318979

INSTITUTION: McCormick ✓

HOUSING UNIT: F5-A121

WORK ASSIGNMENT: Kitchen

**RECEIVED**

SEP 21 2016

INMATE GRIEVANCE

**Office Use Only**

Grievance No. MCCI-0338-16

Code: General IP/IS

Policy _____

Disc. Hear. _____

Class. _____

Date Received 9-15-16

IGC Initials ∂ HH

INMATE'S REASON FOR APPEAL (state specific dissatisfaction):

This is cruel and unusual punishment. We are being discriminated against with this $50.00 spending limit. I'm not only any restrictions. . .

_____Kenneth Ri_____  9/14/16
Grievant Signature        Date

RESPONSIBLE OFFICIAL'S DECISION AND REASON:

I have reviewed your grievance. You state that on June 14, 2016, per Mr. McCall the F5 Unit was allowed to order the $200 limit from Access SecurePak. However, you state that your family was not allowed to order over $50. You further state that your custody level MI3 and you do not have any restrictions. Mr. McCall, Deputy Director of Operations reviewed the request made on June 14, 2016, from the Division of Classification & Inmate Records to lift the $50 spending limit for packages for the Intensive Management Step-Down Program located at McCormick Correctional Institution. The request was initially approved by Mr. McCall on June 14, 2016; however, that decision was later rescinded on July 5, 2016, as it was determined more information would be needed by the Division of Operations. The allegations you have raised that you are being discriminated against cannot be substantiated. This matter is still under consideration.

Therefore, I consider this matter closed.

You may appeal this decision under the Administrative Procedures Act to the Administrative Law Court. In order to appeal, you must fill out the attached Notice of Appeal Form and submit it as instructed on the form within 30 days of receipt.

_____Ben McKie_____  10/4/16
Signature                 Date

The decision rendered by the responsible official exhausts the appeal process of the Inmate Grievance Procedure. I hereby acknowledge receipt of the official's response and understand this is the Agency's final response to this matter.

_____Kenneth Ri_____  10/14/16
Grievant Signature        Date

_____L. Holmes_____  10-14-16
IGC Signature           Date

**(SEE REVERSE SIDE FOR INSTRUCTIONS)**

SCDC 10-5A (November 1997)

## MS  Offender Management System

# Inmate Request

**Today's Date:** 6/2/17 10:04

J

| | |
|---|---|
| **Name:** | RIVERA, KENNETH DARRELL |
| **Booking #:** | SCB0030306 |
| **Permanent #:** | SCP0030306 |

| | |
|---|---|
| **Reference #:** | 17-562727 |
| **Date Requested:** | 05/17/17 11:54 |
| **Request Type:** | Inmate Financial |
| **Requested By:** | Kiosk |

| | |
|---|---|
| **Request Details:** | peace i am writing you requested for this year transactions regarding my canteen spending and when my account was debited. i also request the exact estimate i owe the state for court cost, medical cost etc. i look forward to a response from you thanks. |

| | |
|---|---|
| **Disposition:** | Complete |
| **Officer:** | |
| **Disposition Date:** | 05/17/17 12:51 |

### Request Responses

| Date | Author | Note |
|---|---|---|
| 05/17/17 12:57 | c044397 | you owe approximately 7,350.00 US District Court, 3,940.00 Appellate Court and 1,838.49 other, to include postage, legal supplies, copies, medical co pay, rx co pay and major damaged property.  I cannot see records before 2011. |

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
E.H. COOPER
ACCOUNT STATEMENT    DATE: 04/01/17 TO 04/30/17
ACCOUNT NO.    00318979
RIVERA, KENNETH DARRELL

CURR BAL AS OF 05/22/17:    3.73

| TRANS. DATE | TRANS. TYPE | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|
| 04/28/17 | CANTEEN PURC | 0.00 | 6.42 | 3.58 |
| 04/25/17 | POSTAGE REST | 0.00 | 0.39 | 10.00 |
| 04/25/17 | SMALL DAMAGE | 0.00 | 0.01 | 10.39 |
| 04/24/17 | MONEY ORDER | 6.42 | 0.00 | 10.40 |
| 04/18/17 | CANTEEN PURC | 0.00 | 6.02 | 3.98 |
| 04/18/17 | SMALL DAMAGE | 0.00 | 0.09 | 10.00 |
| 04/17/17 | MONEY ORDER | 6.42 | 0.00 | 10.09 |
| 04/12/17 | CANTEEN PURC | 0.00 | 6.33 | 3.67 |
| 04/11/17 | POSTAGE REST | 0.00 | 0.06 | 10.00 |
| 04/10/17 | MONEY ORDER | 6.43 | 0.00 | 10.06 |
| 04/06/17 | CANTEEN PURC | 0.00 | 6.37 | 3.63 |
| 04/04/17 | POSTAGE REST | 0.00 | 0.16 | 10.00 |
| 04/03/17 | MONEY ORDER | 6.42 | 0.00 | 10.16 |

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
E.H. COOPER
ACCOUNT STATEMENT   DATE: 05/01/17 TO 05/31/17
ACCOUNT_NO.   00318979
RIVERA,KENNETH DARRELL

CURR BAL AS OF 06/01/17:      3.61

| TRANS. DATE | TRANS. TYPE | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|
| 05/31/17 | RX COPAY | 0.00 | 0.15 | 10.00 |
| 05/30/17 | MONEY ORDER | 6.42 | 0.00 | 10.15 |
| 05/16/17 | CANTEEN PURC | 0.00 | 6.27 | 3.73 |
| 05/11/17 | COPIES | 0.00 | 0.26 | 10.00 |
| 05/09/17 | MONEY ORDER | 6.42 | 0.00 | 10.26 |
| 05/03/17 | CANTEEN PURC | 0.00 | 6.16 | 3.84 |
| 05/01/17 | MONEY ORDER | 6.42 | 0.00 | 10.00 |

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
E.H. COOPER
ACCOUNT STATEMENT    DATE: 05/01/17 TO 05/31/17
ACCOUNT_NO.   00318979
RIVERA, KENNETH DARRELL

CURR BAL AS OF 06/01/17:      3.61

| TRANS. DATE | TRANS. TYPE  | DEPOSIT | WITHDRAWAL | BALANCE |
|-------------|--------------|---------|------------|---------|
| 05/31/17    | RX COPAY     | 0.00    | 0.15       | 10.00   |
| 05/30/17    | MONEY ORDER  | 6.42    | 0.00       | 10.15   |
| 05/16/17    | CANTEEN PURC | 0.00    | 6.27       | 3.73    |
| 05/11/17    | COPIES       | 0.00    | 0.26       | 10.00   |
| 05/09/17    | MONEY ORDER  | 6.42    | 0.00       | 10.26   |
| 05/03/17    | CANTEEN PURC | 0.00    | 6.16       | 3.84    |
| 05/01/17    | MONEY ORDER  | 6.42    | 0.00       | 10.00   |

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

## INMATE GRIEVANCE FORM

### STEP 1

| | |
|---|---|
| INMATE NAME: Kenneth Rivera | **OFFICE USE ONLY** |
| SCDC NUMBER: 318979 | Grievance No. MCCI0198-17 |
| INSTITUTION: McCormick CI | Code: General ☑ |
| HOUSING UNIT: F3-A162 | Policy ☑ ADM-15.01 |
| WORK ASSIGNMENT: Kitchen | Disc. Hear. |
| | Class. |
| | PREA |
| | Date Received 6-8-17 |
| | IGC Initials |

JUN 08 2017

**STATEMENT OF GRIEVANCE** (Indicate the date of incident, and if the grievance is a challenge to SCDC Policy, specify which policy. Include supporting documentation and attach answered RTSM or Kiosk reference number.)

I, Kenneth Rivera #318979 is the Grievant of this Grievance.
On June 2, 2017 I did formulate this complaint. I submitted a
RTSM via Kiosk to the SCDC Financial Department regarding "What
money I received is being deducted entirely with the exception
of $6.43." Per Title 24 of South Carolina Code of Law Section
24-13-100, 10% only should be taken monthly and this includes
medical Co-Payment, Court costs, and filing fees. I Do not owe DNA
All my money should not be taken only a Percentage. $6.43 left
on my account is not a Percentage.

Kenneth Rivera                    6-2-17

**Grievant Signature**          **Date**

**ACTION REQUESTED:**
I request that a 50% - 50% be deducted from my account

**ACTION TAKEN BY IGC:** ☑ PROCESSED   ☐ UNPROCESSED   ☑ OTHER

See 17-578344        See Reverse Side

R. Holmes    6-12-17

**IGC Signature**          **Date**

**(CONTINUE ON REVERSE SIDE)**

SCDC 10-5 (Rev. October 2013)

**WARDEN'S DECISION AND REASON:**

I have reviewed your grievance. The Statute that you cited and referenced has nothing to do with restitution. You may re-submit with the appropriate information. Your grievance is being returned to you.

*L. Holmes*                          6-12-17

——————— N/A ———————
**Warden Signature**             **Date**

☑ I accept the Warden's decision and consider the matter closed.

☐ I do not accept the Warden's decision and wish to appeal.

——————— N/A ———————
**Grievant Signature**         **Date**

——————— N/A ———————
**IGC Signature**         **Date**

## INSTRUCTIONS FOR COMPLETING STEP 1 GRIEVANCE FORM

1. An informal resolution shall be attempted <u>prior to the filing of Step 1 by sending an Inmate Request to Staff Member</u> (RTSM) form or Kiosk reference number to the appropriate supervisor. A copy of the answered RTSM must be attached to the grievance when the grievance is filed.
2. Complete each section in its entirety writing only in the space provided for inmate use. No additional pages will be permitted.
3. Only one (1) issue is to be addressed on each form.
4. Submit the completed form by placing it in the Grievance Box at your institution within eight (8) working days of the date on the RTSM response; policy grievances can be filed at any time. Disciplinary and Classification Review appeals must be submitted within five (5) working days of the hearing/review. Do not write in the space provided for the Warden's response.
5. If you are not satisfied with the Warden's decision, you may appeal to the appropriate responsible official within five (5) days of your receipt of the Warden's decision, by placing your Step 2 appeal form in the Grievance Box at your institution.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
E.H. COOPER
ACCOUNT STATEMENT     DATE: 10/01/17 TO 10/31/17
ACCOUNT_NO.     00318979
RIVERA,KENNETH DARRELL

CURR BAL AS OF 11/01/17:     3.57

| TRANS. DATE | TRANS. TYPE | DEPOSIT | WITHDRAWAL | BALANCE |
| --- | --- | --- | --- | --- |

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
Division of Inmate Services

## AGREEMENT TO DEBIT E.H. COOPER ACCOUNT

| Inmate's Name: | SCDC #: | Housing Unit: | Date: |
|---|---|---|---|
| Kenneth Rivera | 318979 | RHU B78 | 1-29-18 |

## GENERAL MATERIAL

** Inmate must have the funds in his/her account to pay for the materials.

To be completed by SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Envelope | | | |
| Pen | | | |
| Paper | | | |
| Postage | | | |
| Tape | | | |
| Box | | | |
| Electronic Repair | | | |
| Other | | | |
| | | Sub-Total: | |

## LEGAL MATERIAL

** Inmate is not required to have the funds in his/her account to pay for the materials; however, his/her account must be debited for all materials s/he elects to receive.

To be completed by SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Envelope | 10 | | 1.00 |
| Pen Flex | 2 | -These Flex Pens barely Write!!! | .52 |
| Paper | 50 | | 1.50 |
| Postage 1(1.42) 5(.47) | ~~8~~ 6 | | 3.72 |
| Other Manila | 2 | | .30 |

1 Interdepartmental (Gene & Cansel)  Sub-Total:

## PHOTOCOPIES

** Inmate may be required to have funds in his/her account. See SCDC Procedure GA-01.03(OP), "Inmate Access to the Courts," to determine if inmate may receive copies with/without funds.

To be completed by SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Photocopies | | | |
| | | | 7.02 |
| | | | **TOTAL** |

_Kenneth Rivera_
Inmate's Signature

_J Frankly_
Mailroom/Canteen Signature (Request filled by)

1·29·18
Date

White - Inmate
Canary - Mailroom/Canteen Employee

SCDC Form 10-14 (November 1998)

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
Division of Inmate Services

## AGREEMENT TO DEBIT E.H. COOPER ACCOUNT

| Inmate's Name: | SCDC #: | Housing Unit: | Date: |
|---|---|---|---|
| Kenneth Rivera | 318979 | RHU-B78 | 1-30-18 |

### GENERAL MATERIAL

...ate must have the funds in his/her account to pay for the materials.

To be completed by SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Envelope | | | |
| Pen | | | |
| Paper | | | |
| Postage | | | |
| Tape | | | |
| Box | | | |
| Electronic Repair | | | |
| *Other* | | | |
| | | Sub-Total: | |

### LEGAL MATERIAL

** Inmate is not required to have the funds in his/her account to pay for the materials; however, his/her account must be debited for all materials s/he elects to receive.

To be completed by SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Envelope (.10) | 10 | | .50 |
| Pen flex | 1 | | .50 |
| Paper | 15 20 | | .60 |
| Postage 3 (47) | X | | 1.41 |
| Other | X | | |
| | | Sub-Total: | |

\* 1 is Interdepartmental
2 being rejected (personal address + /to California)

### PHOTOCOPIES

** Inmate may be required to have funds in his/her account. See SCDC Procedure GA-01.03(OP), "Inmate Access to the Courts," to determine if inmate may receive copies with/without funds.

To be completed by SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Photocopies | | | |
| | | | 2.01 |

**TOTAL**

Kenneth Rivera
Inmate's Signature

Mailroom/Canteen Signature (Request filled by)

1-31-18
Date

White - Inmate
Canary - Mailroom/Canteen Employee

SCDC Form 10-14 (November 1998)

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
Division of Inmate Services

## AGREEMENT TO DEBIT E.H. COOPER ACCOUNT

| Inmate's Name: Kenneth Riv ra | SCDC #: 318979 | Housing Unit: RHU - 878 | Date: 2-2-18 |
|---|---|---|---|

### GENERAL MATERIAL

** Inmate must have the funds in his/her account to pay for the materials.

| Item | Amount |
|---|---|
| Envelope | |
| Pen | |
| Paper | |
| Postage | |
| Tape | |
| Box | |
| Electronic Repair | |
| Other | |

To be completed by
SCDC staff:

| Cost |
|---|
| |
| |
| |
| |
| |
| |
| |
| |

Sub-Total:

### LEGAL MATERIAL

** Inmate is not required to have the funds in his/her account to pay for the materials; however, his/her account must be debited for all materials s/he elects to receive.

| Item | Amount |
|---|---|
| Envelope (.10) | 10 |
| Pen flex | 1 |
| Paper | 10 |
| Postage 4(.47) | 4 |
| Other | |

To be completed by
SCDC staff:

| Cost |
|---|
| 1.00 |
| .50 |
| .30 |
| 1.88 |
| |
| |

* 1 being returned to I/m.    Sub-Total:

### PHOTOCOPIES

** Inmate may be required to have funds in his/her account. See SCDC Procedure GA-01.03(OP), "Inmate Access to the Courts," to determine if inmate may receive copies with/without funds.

| Item | Amount |
|---|---|
| Photocopies | |

To be completed by
SCDC staff:

| Cost |
|---|
| 3.68 |
| |

**TOTAL**

_Kenneth Riva_
Inmate's Signature

_(signature)_
Mailroom/Canteen Signature (Request filled by)

2-2-18
Date

White - Inmate
Canary - Mailroom/Canteen Employee

SCDC Form 10-14 (November 1998)

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
Division of Inmate Services

## AGREEMENT TO DEBIT E.H. COOPER ACCOUNT

| Inmate's Name: Kenneth Rivera | SCDC #: 318979 | Housing Unit: 78 RHU-B 78 | Date: 2-6-18 |
|---|---|---|---|

### GENERAL MATERIAL

** Inmate must have the funds in his/her account to pay for the materials.

To be completed by
SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Envelope | | | |
| Pen | | | |
| Paper | | | |
| Postage | | | |
| Tape | | | |
| Box | | | |
| Electronic Repair | | | |
| Other | | | |
| | | Sub-Total: | |

### LEGAL MATERIAL

** Inmate is not required to have the funds in his/her account to pay for the materials; however, his/her account must be debited for all materials s/he elects to receive.

To be completed by
SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Envelope | | | |
| Pen | | | |
| Paper | | | |
| Postage | 3 | | Ø |
| Other | | | |
| | | Sub-Total: | |

Send
MR
Some Blank
Debit Forms
THanks!

1 Sc ALC
2 SCDC General Cansel } Free;
3 Appellate Defense } maP

### PHOTOCOPIES

** Inmate may be required to have funds in his/her account. See SCDC Procedure GA-01.03(OP), "Inmate Access to the Courts," to determine if inmate may receive copies with/without funds.

To be completed by
SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Photocopies | | | Ø |
| | | | **TOTAL** |

_Kenneth Rivera_
Inmate's Signature

_[signature]_
Mailroom/Canteen Signature (Request filled by)

2.6.18
Date

White - Inmate
Canary - Mailroom/Canteen Employee

SCDC Form 10-14 (November 1998)

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
Division of Inmate Services

## AGREEMENT TO DEBIT E.H. COOPER ACCOUNT

| Inmate's Name: Kenneth Rivera | SCDC #: 318979 | Housing: ?HU-B78 | Date: 2-5-18 |
|---|---|---|---|

### GENERAL MATERIAL

** Inmate must have the funds in his/her account to pay for the materials.

To be completed by
SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Envelope | | | |
| Pen | | | |
| Paper | | | |
| Postage | | | |
| Tape | | | |
| Box | | | |
| Electronic Repair | | | |
| Other | | | |
| | | Sub-Total: | |

### LEGAL MATERIAL

** Inmate is not required to have the funds in his/her account to pay for the materials; however, his/her account must be debited for all materials s/he elects to receive.

To be completed by
SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Envelope | .10 ) 10 | | 1.00 |
| Pen | .50 ) Flex 1 | | .50 |
| Paper | 20 | | .60 |
| Postage | 2 ( 47 ) 6 (47) | | .94 |
| Other | | | |
| | | Sub-Total: | |

### PHOTOCOPIES

** Inmate may be required to have funds in his/her account. See SCDC Procedure GA-01.03(OP), "Inmate Access to the Courts," to determine if inmate may receive copies with/without funds.

To be completed by
SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Photocopies | | | |
| | | | 3.04 |
| | | | **TOTAL** |

Kenneth Rivera
Inmate's Signature

Mailroom/Canteen Signature (Request filled by)

2-6-18
Date

White - Inmate
Canary - Mailroom/Canteen Employee

SCDC Form 10-14 (November 1998)

ELECTRONICALLY FILED - 2018 Jul 24 10:55 AM - RICHLAND - COMMON PLEAS - CASE#2018CP4003839

The STATE OF SOUTH CAROLINA ) Court OF Common Pleas
County OF McCormick           ) Case NO.
Kenneth Rivera, #318979       )
              Plaintiff,      ) Motion And Affidavit To
    V.                        ) Proceed IN Forma PauPeris
South Carolina Department OF  )
Corrections,                  )
              Defendants.     )
_____ )

## 2018CP400 3839

I, Kenneth Rivera being duly sworn, state that I am the Plaintiff and I do not have the funds available to Pay the costs of filing and service in the Present matter. The Plaintiff has constitutional claims and issues in this matter. I do not have any means to earn Money and I receive no income. I am hereby swearing that I am an inmate housed within SCDC. I am indigent and asking to Proceed as authorized Statute 24-27-100. See, Tahtinen v. Superior court, Pinal County 130, AR.2, 1513, 637 P. 2d 723 (1981).

July 16, 2018

                        Kenneth Rivera
                        Kenneth Rivera #318979
                        ND #187
                        4460 Broad River Road
                        Columbia, SC 29210

Leave ☐ (Granted)  ☑ (Denied) to Proceed IN Forma PauPeris

Date:           7/23/18              s/ [signature]

6

F7-89

RECEIVED

FEB 14 2018

LEE CI MAIL ROOM

ELECTRONICALLY FILED - 2018 Jul 24 10:55 AM - RICHLAND - COMMON PLEAS - CASE#2018CP4003839

# INMATE TRUST FUND ACCOUNT REPORT
## for SOUTH CAROLINA COURT FILING FEES

*INSTRUCTIONS TO INMATE: Complete top portion then give to your mail room. When returned from Accounting, you must mail this form with any payment to the Court.*

By signing my name below, I am asking the Financial Accounting Office of the South Carolina Department of Corrections to complete this report. In accordance with SC Code of Laws §24-27-100 and 150, I authorize payment of the full filing fee. If I have insufficient funds in my account at this time to pay the court's full filing fee, I authorize SCDC to deduct the initial and subsequent payments until payment is completed.

INMATE NAME (print): Kenneth D. Rivera

SCDC # 318979          INMATE SIGNATURE: Kenneth Rivera

I plan to file this action in the SC County of Richland county

*The section below is for SCDC - Financial Accounting Branch's use ONLY.*

(1)  Total deposits to inmate's account for
     preceding six months' period*........................... $ ___Ø___

(2)  Twenty percent (20%) of line 1 ......................... $ ___Ø___

(3)  Account balance - current date ......................... $ ___Ø___

(4)  PAYMENT AMOUNT **
     (lesser of line 2 or line 3)
     Enclosed check # _____     $ ___Ø___

**NOTE to COURT: If payment is for partial fee, Court must notify SCDC once case is accepted and filed. Send notice with case # and balance owed to address below. SCDC will NOT process any additional payments until notification is received from Court.

South Carolina Department of Corrections
Financial Accounting - Room 234
PO Box 21787
Columbia, SC 29221-1787

*Admission date is noted here if inmate incarcerated less than six months _____

Peggy Cawthon          2/15/18

Head of Financial Accounting Branch - SCDC          Date

2018 FEB 15 AM 11:5
SCDC-FINANCIAL ACCO